1
2
3
4
5
6
7

## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| U. S. SECURITIES AND EXCHANGE COMMISSION, | ) ) Case No. 03CV0747-JM-LSP ) |
| Plaintiff, | ) ) ORDER GRANTING JOINT MOTION TO ) CONTINUE STATUS HEARING |
| v. | ) |
| MATTHEW C. GLESS, | ) Judge: Hon. Jeffrey T. Miller ) Courtroom 16 |
| Defendant. | ) ) ) |

Based on the joint motion of Plaintiff Securities and Exchange Commission and Defendant Matthew C. Gless, by and through their respective counsel,

IT IS HEREBY ORDERED that the status hearing be continued from November 6, 2009 to *January 8, 2010, at 1:30 pm.*

Dated: October 23, 2009       By: _____
                                  Jeffrey T. Miller
                                  United States District Court