UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| U. S. SECURITIES AND EXCHANGE COMMISSION, | ) Case No. 03CV0747-JM-LSP )  ) |
| Plaintiff, | ) ORDER GRANTING JOINT MOTION TO ) CONTINUE STATUS HEARING |
| v. | ) |
| MATTHEW C. GLESS, | ) Judge: Hon. Jeffrey T. Miller ) Courtroom 16 |
| Defendant. | ) ) ) |

Based on the joint motion of Plaintiff Securities and Exchange Commission and Defendant Matthew C. Gless, by and through their respective counsel,

IT IS HEREBY ORDERED that the status hearing be continued from January 8, 2010 to *February 12, 2010, at 1:30 pm*.

Dated: December 17, 2009         By: _____
                                     Jeffrey T. Miller
                                     United States District Court

- 1 -

03CV0747-JM-JSP